**This order is SIGNED.**

**Dated: January 31, 2022**



KEVIN R. ANDERSON
U.S. Bankruptcy Judge

Laura Ferrin (9301)
Law Offices of Laura Ferrin, P.C.
299 South Main Street, Suite 1300
Salt Lake City, UT 84111-2241
Telephone: (801) 850-8125
Email: laura@lauraferrinlaw.com
Attorney for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re:<br><br>RACHEL SHERI PERO<br><br>Debtor. | Bankruptcy Case No. 20-26064<br><br>Chapter 13<br><br>Hon. Kevin R. Anderson |
|---|---|

ORDER GRANTING DEBTOR'S EX PARTE MOTION TO DISMISS

The matter before the Court is the Debtors' Ex Parte Motion to Dismiss, filed January 28, 2022, and entered as docket number 33.

Having read arguments and representations of counsel in the motion, and good cause appearing to grant the Debtor's request for dismissal, this Court hereby ORDERS as follows:

Debtor's motion is GRANTED. The Debtor's case is hereby dismissed, with prejudice for 180 days after the entry date of this Order.

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing *Order Granting Debtor's Ex Parte Motion to Dismiss* shall be served in the manner designated below:

By Electronic Service: I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

- Laura Ferrin    laura@lauraferrinlaw.com, ecfnotices@outlook.com, ferrinlr77913@notify.bestcase.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Lon Jenkins Trustee    ecfmail@ch13ut.org, lneebling@ch13ut.org

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

- Rachel Pero    3919 S 1900 W #L110, Salt Lake City, UT 84119

/s/ Laura Ferrin